**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Rhonda Minter, et al.,

    Plaintiff,

 v.

City of San Pablo, et al.,

    Defendants.

No. C12-2905 JSC

**ORDER OF REFERRAL**

This matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for the purposes of a settlement conference, to be completed in 90 days.

**IT IS SO ORDERED.**

Dated: September 19, 2012

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE