IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rhonda Minter, et al., | No. C12-2905  JSC |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| City of San Pablo, et al., | |
| Defendants.                             / | |

This matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for the purposes of a settlement conference, to be completed in 90 days.

**IT IS SO ORDERED.**

Dated: September 19, 2012

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE