Edi M. O. Faal, Esq., SBN 107477
Renée L. Campbell, Esq.  SBN:  104020
Law Offices of Edi M. O. Faal
1055 W. 7th Street, Suite 2140
Los Angeles, California 90017
Telephone:  (213) 534-0344
Facsimile:   (213) 534-0347

Attorney for Plaintiffs

**UNITED STATES DISTIRCT COURT**

**IN THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RHONDA MINTER, GUARDIAN AD LITEM FOR ISAIAH MINTER; AHMIK HOPKINS-MINTER; and ZION HOPKINS-MINTER<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN PABLO; POLICE OFFICER MARK EDWARD GALIOS; an individual; and DOES 1 through X.<br><br>Defendants | Case No.: C12-02905 JSC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR COMPLETION OF EXPERT DISCOVERY**<br><br><br>Trial Judge: Hon. Jacqueline S. Corley<br>Trial Date:   March 17, 2014<br><br>SC Judge: Hon. Kandis A. Westmore |

   IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, as follows:

   WHEREAS, pursuant to the Court's Order of August 5, 2013 the date for "Completion of Expert Discovery," was set for November 22, 2013;

1  WHEREAS the parties have designated their experts, but they need additional time after the November 22nd deadline to complete the depositions of the defense expert witness, because counsel for plaintiffs is scheduled to start trial on November 12, 2013 and the trial is expected to last at least three (3) days;

WHEREAS, one of the experts, Dr. Peterson, is located in Mukwonago, Wisconsin, and it is very likely his deposition will be taken in Wisconsin; requiring both plaintiffs' counsel and defense counsel to travel to Wisconsin; and

WHEREAS, good cause exists to extend the date for the Completion of Expert Discovery to December 13, 2013 to allow the depositions to be completed, and the extension will not conflict with the Pretrial Conference or Trial dates.

NOW THEREFORE, the parties through their respective attorneys hereby AGREE, STIPULATE, and REQUEST that the "Completion of Expert Discovery" date in this matter be extended to December 13, 2013.

**IT IS SO STIPULATED**.

Dated: November 12, 2013          LAW OFFICES OF EDI M. O. FAAL


                                  By: /s/ Renée L. Campbell
                                      Renée L. Campbell
                                      Attorney for Plaintiffs


Dated: November 12, 2013          MC NAMARA, NEY, BEATTY, SLATTERY,
                                  BORGES & AMABACHER LLP



                                  By: /s/ Noah G. Blechman
                                      Noah G. Blechman, Esq.
                                      Attorney for Defendants

**ORDER**

GOOD CAUSE APPEARING AND THE STIPULATION OF THE PARTIES' IT IS HEREBY ORDERED THAT:

The Completion of Expert Discovery date, presently set for November 22, 2013, is hereby vacated and reset to December 13, 2013.

**IT IS SO ORDERED.**

Dated: November 13, 2013

By: _____
Hon. Jacqueline Scott Corley
Magistrate Judge of the District Court