UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ahmik Hopkins Minter Ari, et al.,<br><br>          Plaintiff(s),<br><br>  v.<br><br>Mark Edward Galios,<br><br>          Defendant(s).<br>_____/ | Case No. C12-2905 JSC<br><br>**REFRESHMENT ORDER** |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries to be delivered **no later than 8:00 a.m.** for the eight (8) members of the jury in the above-entitled matter beginning **Tuesday, April 15, 2014**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: April 7, 2014

                                                        _____
                                                        JACQUELINE SCOTT CORLEY
                                                       U.S. MAGISTRATE JUDGE