JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
Mark Galios

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA MINTER GUARDIAN AD LITEM FOR ISAIAH MINTER; AHMIK HOPKINS-MINTER ARI; ZION HOPKINS-MINTER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN PABLO; POLICE OFFICER MARK EDWARD GALIOS; DOES 1 through X,<br><br>Defendants. | Case No. C12-02905 JSC<br><br>**REQUEST TO BRING IN FURTHER EQUIPMENT AND PROPOSED ORDER**<br><br>Trial Date: April 14, 2014<br><br>Judge: Hon. Jacqueline S. Corley<br>Dept: 15th Floor, Courtroom F |

Defendants, hereby request to bring in further equipment into the U.S. District Court, Northern District Courthouse, located at 450 Golden Gate Avenue, in San Francisco, the following equipment, for the purposes of trial, which is slated to begin on April 14, 2014. The following further equipment is requested by Defendants to be allowed into the courthouse:

1. Stand alone projector screen.

SO ORDERED.

Dated: April 7, 2014

McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & BROTHERS LLP

By: /s/ Noah G. Blechman
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendant
Mark Galios

**PURSUANT TO REQUEST, IT IS SO ORDERED.**

Dated: April 9, 2014

_____
Hon. Jacqueline S. Corley
United States Magistrate Judge

REQUEST TO BRING IN FURTHER EQUIPMENT AND    2
PROPOSED ORDER – C12-02905 JSC