UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AHMIK HOPKINS MINTER ARI, et al.,

    Plaintiffs,

v.

MARK EDWARD GALIOS,

    Defendant.

Case No. 12-cv-02905-JSC

**PROPOSED STATEMENT OF THE CASE**

The Court proposes the following statement of the case to be read to potential jurors during voir dire:

> In 2012, Defendant San Pablo Police Officer Mark Galios initiated a traffic stop of a car in which Akinlabi Minter was a passenger. The car pulled into a gas station in San Pablo and an encounter between Officer Galios and Mr. Minter followed. The encounter ended with Officer Galios shooting and killing Mr. Minter. The plaintiffs in this case are the children of Mr. Minter. The Plaintiffs claim that their father posed no threat to Officer Galios and that Officer Galios' actions were therefore unlawful. Officer Galios denies their claims.

The Court will discuss the above statement with the parties on Monday morning.

Dated: April 10, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge