UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMIK HOPKINS MINTER, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MARK EDWARD GALIOS,<br><br>    Defendant. | Case No.  12-cv-02905-JSC<br><br>**[PROPOSED] VERDICT FORM** |

1. Do you find that defendant Officer Mark Galios violated Akinlabi Minter's Fourth Amendment constitutional right by using excessive and unreasonable force when he shot Mr. Minter?

           YES_____

           NO _____

2. Do you find that defendant Officer Mark Galios violated Plaintiffs' Fourteenth Amendment constitutional right by acting with a purpose to harm Akinlabi Minter that was unrelated to a legitimate law enforcement objective?

           YES_____

           NO _____

**If your answer is YES to Question 1, please answer Questions 3 and 5.  If your answer is YES to Question 2, please answer Questions 4 and 5.  If you answered NO to Questions 1 and 2, stop here, answer no further questions, and have the Presiding Juror sign and date this form.**

3. If you answered YES to Question 1, what do you find the total amount of damages suffered by Akinlabi Minter?

$_____

4. If you answered YES to Question 2, what do you find the total amount of damages suffered by each Plaintiff?

    ISAIAH MINTER    $_____

    AHMIK HOPKINS MINTER    $_____

    ZION HOPKINS MINTER    $_____

5. Do you find that defendant Officer Mark Galios acted either maliciously, oppressively, or in reckless disregard of Akinlabi Minter's or Plaintiffs' rights such that punitive damages are justified?

YES_____

NO _____

PLEASE HAVE THE PRESDING JUROR SIGN AND DATE THE VERDICT FORM, AND THEN INFORM THE COURT CLERK THAT YOU HAVE REACHED A VERDICT.

Signed:_____    Dated:_____